# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

TAMRA J. WOMACK,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-5111-JPD

ORDER GRANTING UNOPPOSED MOTION FOR EAJA FEES AND EXPENSES

This matter comes before the Court on the plaintiff's unopposed motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. 19. The Commissioner "found no basis to object" to the requested attorney fees and expenses. Dkt. 21 at 1. Accordingly, the Court ORDERS that plaintiff's unopposed motion, Dkt. 19, is GRANTED, and that EAJA fees in the amount of $8,271.27 and expenses in the amount of $5.81 are awarded to plaintiff.

Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this award shall be sent to plaintiff's attorney Eitan Kassel Yanich at his address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

After the Court issues the order for EAJA fees and expenses, the Commissioner will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. The Commissioner agrees to contact the Department of Treasury after the order for EAJA fees and expenses is entered to determine whether the EAJA fees and expenses are subject to any offset. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney's fees and expenses will be paid directly to plaintiff's attorney Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to his address.

DATED this 12th day of February, 2018.

JAMES P. DONOHUE
Chief United States Magistrate Judge